UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWEL UPSHAW, Individually and on Behalf of the Estate of ZENA "ZEKE" UPSHAW, Deceased,<br><br>          Plaintiff,<br><br>  v.<br><br>NATIONAL BASKETBALL ASSOCIATION, INC., DETROIT PISTONS BASKETBALL COMPANY, SSJ GROUP, LLC, and THE DELTAPLEX ARENA,<br><br>          Defendants. | No. 1:18-cv-4740<br><br>MOTION OF ADMISSION PRO HAC VICE |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Benjamin L. Crump hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Jewel Upshaw, Individually and on Behalf of the Estate of Zena "Zeke" Upshaw, Deceased, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a Certificate of Good Standing from the Supreme Court of Florida as Exhibit A.

Dated: July 26, 2018       **Respectfully Submitted,**

                **BEN CRUMP LAW, PLLC**

                By: /s/ *Benjamin L. Crump*
                Benjamin L. Crump
                Florida State Bar No. 72583
                court@bencrump.com
                122 S. Calhoun Street
                Tallahassee, FL 32301

Telephone No.: (850) 224-2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2018, I electronically filed the foregoing document using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Benjamin L. Crump*
Benjamin L. Crump

# EXHIBIT "A"

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**BENJAMIN L. CRUMP**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **January 18, 1996**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 26, 2018.

Clerk of the Supreme Court of Florida.