# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWEL UPSHAW, Individually and on Behalf of the Estate of ZENA "ZEKE" UPSHAW, Deceased, | No. |
| Plaintiff, | MOTION OF ADMISSION PRO HAC VICE |
| v. | |
| NATIONAL BASKETBALL ASSOCIATION, INC., DETROIT PISTONS BASKETBALL COMPANY, SSJ GROUP, LLC, and THE DELTAPLEX ARENA, | |
| Defendants. | |

## <u>AFFADAVIT MOTION FOR ADMISSION PRO HAC VICE</u>

STATE OF FLORIDA §
COUNTY OF LEON   §

Before me, the undersigned Notary Public, on this day personally appear Benjamin L. Crump, known to me, who being by me duly sworn upon his/her oath, deposted and said:

My name is Benjamin L. Crump. I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a Certificate of Good Standing from the Southern District of Florida as Exhibit A.

Further the affiant sayeth not.

In witness whereof, this the 25th day of July, 2018.

_____
Benjamin L. Crump

Subscribed to and sworn to before me on this the 25th day of July, 2018 to certify which witness my hand and official seal.

1



ADRIAN REID
Commission # GG 053011
Expires December 6, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

Notary Public in and for the State of Florida

# EXHIBIT "A"

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### BENJAMIN L. CRUMP

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **January 18, 1996,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 26, 2018.*

_____
*Clerk of the Supreme Court of Florida.*