UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWEL UPSHAW, Individually and on Behalf of the Estate of ZENA "ZEKE" UPSHAW, Deceased,<br><br>          Plaintiff,<br><br>  v.<br><br>NATIONAL BASKETBALL ASSOCIATION, INC., DETROIT PISTONS BASKETBALL COMPANY, SSJ GROUP, LLC, and THE DELTAPLEX ARENA,<br><br>          Defendants. | No. 1:18-cv-4740<br><br>MOTION OF ADMISSION PRO HAC VICE |

### [PROPOSED] ORDER FOR MOTION FOR ADMISSION PRO HAC VICE

The motion of Benjamin L. Crum, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Florida, and that his contact information is as follows:

 Benjamin L. Crump
 **BEN CRUMP LAW, PLLC**
 Florida State Bar No. 72583
 court@bencrump.com
 122 S. Calhoun Street
 Tallahassee, FL 32301
 Telephone No.: (850) 224-2020

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Jewel Upshaw, Individually and on Behalf of the Estate of Zena "Zeke" Upshaw, Deceased:

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2018.

_____
United States District Judge